**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| **NGOZI EMEROKWAM**, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>**8AM LLC d/b/a DOCKETWISE**,<br><br>  Defendant. | Case No. 26-cv-00967 |

## <u>UNOPPOSED JOINT MOTION TO STAY CASE PENDING MEDIATION</u>

Plaintiff NGOZI EMEROKWAM ("Plaintiff") and 8AM LLC, d/b/a DOCKETWISE ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby jointly move this Court for a stay of this case pending mediation. In support thereof, the Parties state as follows:

1.  On April 17, 2026, Plaintiff filed a Class Action Complaint against Defendant. ECF No. 1.

2.  On April 17, 2026, Defendant's counsel executed a Waiver of the Service of Summons, extending Defendant's deadline to respond to the Complaint until June 16, 2026. ECF No. 3.

3.  Following initial discussions, the Parties evaluated their respective claims and defenses and determined that moving beyond mere settlement talks and into a formal mediation would be a productive means of resolving this dispute.

4.  Accordingly, by mutual agreement, the Parties have scheduled a mediation for May 15, 2026 before Steven R. Jaffe of Upchurch Watson White & Max.

5.  In advance of the mediation, the Parties have and continue to exchange information

1

relating to the claims and defenses at issue, sufficient to permit a meaningful and productive mediation focused on case resolution rather than mere exploration.

6. In light of the scheduled mediation, proceeding with further litigation during this period would result in the unnecessary expenditure of time and resources by both Parties and the Court should the matter be resolved. Proceeding simultaneously on parallel litigation and mediation tracks would undermine efficiencies mediation is designed to promote and could require work that is ultimately rendered unnecessary or substantially altered by the mediation's outcome. Instead of fulsome and expedited discovery, the Parties can streamline informal discovery tailored at resolving this action consistent with Federal Rule of Civil Procedure 1.

7. As a result, the Parties jointly request a stay of this case pending mediation to allow for good-faith mediation efforts without expending unnecessary resources of litigation-focused activities.

8. Good cause exists for the requested stay. The Parties are actively pursuing resolution of this matter by committing to participate in a mediation before a mutually agreed-upon mediator on May 15, 2026, and with the intent to pursue resolution in good faith. A stay will allow the Parties to focus their efforts on mediation without the distraction and expense of ongoing litigation, while preserving the Court's resources.

9. Neither Party will suffer any prejudice as a result of the requested stay.

10. Granting this stay will promote judicial economy for the Court and the Parties consistent with Federal Rule of Civil Procedure 1.

11. The Parties propose filing a joint status report within seven (7) days following the mediation advising the Court whether the case has been resolved, or whether further proceedings, including setting a Scheduling Conference, are necessary.

WHEREFORE, the Parties respectfully request that this Court enter an Order staying all proceedings and deadlines pending completion of the May 15, 2026 mediation, and granting such further relief as the Court deems just and proper.

Dated: May 11, 2026

Respectfully submitted,

*/s/ Leanna Loginov*
Leanna Loginov
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: (305) 479-2299
lloginov@shamisgentile.com

*Plaintiff's Counsel*

*/s/ Sean B. Solis*
Sean B. Solis
Texas State Bar No. 24093982
**BAKER & HOSTETLER, LLP**
1801 California Street, Suite 4400
Denver, CO 80202
Telephone: (303) 764-4088
Email: ssolis@bakerlaw.com

*Attorneys for Defendant*

3

## **<u>CERTIFICATE OF SERVICE</u>**

I, Leanna A. Loginov, hereby certify that on May 11, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 11th day of May, 2026.

SHAMIS & GENTILE

By:   */s/ Leanna Loginov*
Leanna Loginov
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: (305) 479-2299
lloginov@shamisgentile.com